UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLINE MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1779 HEA |
| ) | |
| LINCOLN INDUSTRIAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| CAROLINE MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV189 SNL |
| ) | |
| UNITED AUTOMOBILE, AEROSPACE ) | |
| and AGRICULTURE IMPELMENT ) | |
| WORKERS OF AMERICA, UAW ) | |
| LOCAL 691, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on defendant's Motion to Consolidate, Dismiss, [Doc. No. 22]. Plaintiff has not responded to the motion. For the reasons set forth below, the motion is granted.

On October 4, 2005, plaintiff filed this action against Lincoln Industrial Corporation alleging that she had been discriminated against based on her race and sex in violation of Title VII of the Civil Rights Act of 1964. On February 10, 2006, plaintiff filed another action against United Automobile, Aerospace and Agriculture Implement Workers of America, UAW Local 691, Cause Number 4:06CV189 SNL. Plaintiff alleges in the second case that she was discriminated against based on her race and sex in violation of Title VII of the Civil Rights Act of 1964.

In the second suit, plaintiff attaches the same handwritten statement dated November 8, 2004, that she had attached to this case in which she sets forth the basis for her suit. Plaintiff also attached a separate handwritten statement dated February 6, 2006 in which plaintiff specifically incorporates the November 8, 2004 statement. Both suits involve the same factual issues regarding plaintiff's employment with defendant Lincoln.

Under Rule 42(a) of the Federal Rules of Civil Procedure, actions may be consolidated as follows:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The Court agrees with defendant Lincoln that consolidation of these cases

will tend to avoid unnecessary costs and will economize the resources of the Court as well as the resources of the parties. Both cases involve the same underlying facts and the suit against plaintiff's union is "inextricably interdependent" with the claims against Lincoln.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Consolidate, [Doc. No. 22] is granted.

**IT IS FURTHER ORDERED** that all further pleadings in these cases shall be filed in Cause Number 4:05CV1779 HEA

**IT IS FURTHER ORDERED** that plaintiff is given 14 days from the date of this order to file an amended Complaint as provided herein.

Dated this 25th day of April, 2006.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE