UNITED STATES DISTRICT COURT
EASTERN DISTRICT Of MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLINE MEEKS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:05CV1779 HEA |
| | ) |
| LINCOLN INDUSTRIAL | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Defendants and against Plaintiff.

Dated this 25th day of April, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE