UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLINE MEEKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1779 HEA |
| | ) |
| UNITED AUTOMOBILE, AERO- | ) |
| SPACE of AGRICULTURAL | ) |
| IMPLEMENT WORKERS OF | ) |
| AMERICA, UAW LOCAL 691, | ) |
| and LINCOLN INDUSTRIAL | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Letter to the Court, which the Court has construed as a Second Motion for Reconsideration, [Doc. No. 5], of the Court's Judgment granted in favor of Defendants and against Plaintiff; Defendant UAW Local 691's Motion for Costs, [Doc. No. 58]; Defendant UAW Local 691's Motion for Attorney Fees, [Doc. No. 59]; and Defendant Lincoln Industrial Corporation's Motion for Bill of Costs, [Doc. No. 60]. No responses to any of these motions have been filed.

On April 25, 2007, the Court granted Defendants' Motions for Summary Judgment. On May 9, 2007, the Court denied Plaintiff's first Motion for

Reconsideration and set forth its reasoning therefore in its order. Plaintiff has presented nothing new to establish that the Court should reconsider its ruling.

Pursuant to 28 U.S.C. § 1920, the prevailing party in an action is entitled to certain costs incurred with respect to civil actions. Defendants were the prevailing parties in this matter and are therefore entitled to the costs as provided in Section 1920. The Court has considered Defendants' requests and finds that the costs set forth in their Motions are appropriate for taxation. The Court, therefore will tax costs as provided in the Bills of Costs filed by Defendants.

Defendant UAW Local 691 has also requested attorneys's fees. The Court has reviewed the record and finds that such an award is not warranted in this matter. The motion is therefore denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration, [Doc. No. 57], is denied.

**IT IS FURTHER ORDERED** that Defendant UAW Local 691's Motion for Costs, [Doc. No. 58], is granted. Costs in the amount of $1,141.00 are taxed in favor of Defendant UAW Local 691 and against Plaintiff.

**IT IS FURTHER ORDERED** that Defendant Lincoln Industrial Corporation's Motion for Bill of Costs, [Doc. No. 60], is granted. Costs in the

amount of $2,501.69 are taxed in favor of Defendant Lincoln Industrial Corporation and against Plaintiff.

**IT IS FURTHER ORDERED** that Defendant UAW Local 691's Motion for Attorneys' Fees, [Doc. 59], is denied.

Dated this 31st day of May, 2007.

_____
            HENRY EDWARD AUTREY
         UNITED STATES DISTRICT JUDGE